

AUSA David Green (312) 469-6024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRENDAN GATES | Case No.: 1:21-cr-00650<br><br>JEFFREY T. GILBERT<br>Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, MARK LEFF, appearing by telephone before United States Magistrate Judge JEFFREY T. GILBERT and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that BRENDAN GATES has been charged by Indictment in the Middle District of Georgia with the following criminal offenses: conspiracy to possess with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii); possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(l), 841(b)(l)(A)(viii), and Title 18, United States Code, Section 2; and possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2..

Copies of the Indictment and the arrest warrant are attached.

MARK LEFF
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to me by telephone this 20th day of October, 2021.

JEFFREY T. GILBERT
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

United States of America
v.

BRENDAN GATES
*Defendant*

Case No. 3:21-CR-00019-008(CAR)
2120 0415 1564 Z
11263964

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRENDAN GATES,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute Methamphetamine
Possession with Intent to Distribute Methamphetamine
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Date: April 14, 2021

s/ Gail G. Sellers
*Issuing officer's signature*

City and state: Athens, Georgia

Gail G. Sellers, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04-14-2021 , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

Case 3:21-cr-00019-CAR-CHW   Document 5   Filed 10/20/21   Page 1 of 8
Case 3:21-cr-00019-CAR-CHW   Document 1   Filed 10/20/21   Page 1 of 3



# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | SEALED |
| | : | |
| v. | : | CRIMINAL NO. 3:21-CR- 19 (CAR) |
| | : | |
| JUSTIN MADDOX, | : | VIOLATION(S): |
| MALCODY DINGES, aka "CODY," aka | : | 21 U.S.C. § 846 i/c/w |
| "YES, SIR CODY," | : | 21 U.S.C. § 841(a)(1) |
| ADONIAS SALES TEMAJ, aka | : | 21 U.S.C. § 841(b)(1)(A)(viii) |
| "ALACRAN," | : | 21 U.S.C. § 841(b)(1)(C) |
| ERVIN SALES TEMAJ, aka "MILTON | : | 18 U.S.C. § 924(c)(1)(A) |
| AGUILAR," | : | 21 U.S.C. § 853 |
| CHRISTOPHER WILSON, | : | 18 U.S.C. § 924(d)(1) |
| CINDY STAMEY, | : | 28 U.S.C. § 2461(c) |
| CARRIE KASPER, | : | |
| BRENDAN GATES, and | : | |
| KATELYN LACKEY | : | |
| | : | |
| Defendants. | : | |
| | : | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

From on or about January 1, 2018, and continuing to on or about April 15, 2021, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JUSTIN MADDOX,
MALCODY DINGES, aka "CODY," aka "YES, SIR CODY,"
ADONIAS SALES TEMAJ, aka "ALACRAN,"
ERVIN SALES TEMAJ, aka "MILTON AGUILAR,"
CHRISTOPHER WILSON,
CINDY STAMEY,
CARRIE KASPER,
BRENDAN GATES, and
KATELYN LACKEY**

defendants herein, knowingly and intentionally conspired with each other and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: methamphetamine, in an amount over fifty (50) grams; and a Schedule II controlled substance to-wit: a mixture containing a detectable amount of methamphetamine in excess of 500 grams; all in violation of Title 21, United States Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## COUNT TWO
### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about January 23, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JUSTIN MADDOX,**

defendant herein, aided and abetted by others, both known and unknown to the Grand Jury, knowingly and intentionally possessed with the intent to distribute a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about January 23, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JUSTIN MADDOX,**

defendant herein, aided and abetted by others, both known and unknown to the Grand Jury, knowingly possessed a firearm, to-wit: one Ruger, .380 caliber pistol, Serial Number: 372233703

2

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Count One and Count Two of the Indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and Section 2.

## COUNT FOUR
### (DISTRIBUTION OF METHAMPHETAMINE)

That on or about February 12, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**MALCODY DINGES, aka "CODY," aka "YES, SIR CODY,"**
**and**
**ADONIAS SALES TEMAJ, aka "ALACRAN,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: methamphetamine in excess of fifty (50) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT FIVE
### (DISTRIBUTION OF METHAMPHETAMINE)

That on or about February 19, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**MALCODY DINGES, aka "CODY," aka "YES, SIR CODY,"**
**and**
**ADONIAS SALES TEMAJ, aka "ALACRAN,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: methamphetamine in excess of fifty (50) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT SIX
### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about February 25, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**MALCODY DINGES, aka "CODY," aka "YES, SIR CODY,"**
**ERVIN SALES TEMAJ aka "MILTON AGUILAR,"**
**and**
**ADONIAS SALES TEMAJ, aka "ALACRAN,"**

defendants herein, aided and abetted by others, both known and unknown to the Grand Jury, knowingly and intentionally possessed with the intent to distribute a Schedule II controlled substance, to-wit: methamphetamine in excess of fifty (50) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT SEVEN
### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about February 25, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**ERVIN SALES TEMAJ aka "MILTON AGUILAR,"**
**AND**
**ADONIAS SALES TEMAJ, aka "ALACRAN,"**

defendants herein, aided and abetted by others, both known and unknown to the Grand Jury, knowingly and intentionally possessed with the intent to distribute a Schedule II controlled substance, to-wit: methamphetamine in excess of fifty (50) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT EIGHT
### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about February 17, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

4

**MALCODY DINGES, aka "CODY," aka "YES, SIR CODY,"**
**CHRISTOPHER WILSON,**
**and**
**CINDY STAMEY,**

defendants herein, aided and abetted by others, both known and unknown to the Grand Jury, knowingly and intentionally possessed with the intent to distribute a Schedule II controlled substance, to-wit: methamphetamine in excess of fifty (50) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### COUNT NINE
### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about July 9, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**BRENDAN GATES,**
**AND**
**KATELYN LACKEY,**

defendants herein, aided and abetted by others, both known and unknown to the Grand Jury, knowingly and intentionally possessed with the intent to distribute a Schedule II controlled substance, to-wit: methamphetamine in excess of fifty (50) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### COUNT TEN
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about July 9, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**BRENDAN GATES,**
**AND**
**KATELYN LACKEY,**

defendants herein, aided and abetted by one another and others, both known and unknown to the Grand Jury, knowingly possessed a firearm, to-wit: one Taurus, Model: Millennium G2, 9mm

pistol, Serial Number: TKZ43165, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is Count One and Count Nine of the Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

## COUNT ELEVEN
### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about February 24, 2021, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**CARRIE KASPER,**

defendant herein, aided and abetted by others, both known and unknown to the Grand Jury, knowingly and intentionally possessed with the intent to distribute a Schedule II controlled substance, to-wit: methamphetamine in excess of fifty (50) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE
### (21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1. The allegations contained in Counts One through Eleven of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 21, United States Code, Section 853; and/or Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 21, United States Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) set forth in Count One; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) set forth in Count Two; Title 18, United States Code, Section 924(c)(1)(A) set forth in Counts Three and Ten; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

6

set forth in Counts Four through Nine and Eleven of this Indictment, the defendant(s),

**JUSTIN MADDOX,**
**MALCODY DINGES, aka "CODY," aka "YES, SIR CODY,"**
**ADONIAS SALES TEMAJ, aka "ALACRAN,"**
**ERVIN SALES TEMAJ, aka "MILTON AGUILAR,"**
**CHRISTOPHER WILSON,**
**CINDY STAMEY,**
**CARRIE KASPER,**
**BRANDEN GATES, and**
**KATELYN LACKEY**

shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of such offense(s), and any property, real or personal, used, or intended to be used in any manner or part to commit, or to facilitate the commission of, the offense(s); and or any firearms and ammunition involved in the commission of the offense(s), pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 924(d)(1), through Title 28, United States Code, Section 2461(c).

All pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
PETER D. LEARY
ACTING UNITED STATES ATTORNEY

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13 day of April AD 2021.

Deputy Clerk

8